CR: 03-16 J Lagueux

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

---

No. 04-2586

UNITED STATES,

Appellee,

v.

JESUS MANCILLA,

Defendant, Appellant.

---

Before

Selya, Lynch and Lipez,
Circuit Judges.

---

JUDGMENT

Entered: July 29, 2005

In accordance with the government's "Motion for Remand in Light of Booker Consent to Remand" and the request for remand in defendant's appellant brief, we affirm defendant's conviction, vacate the sentence, and remand to the district court for re-sentencing in light of United States v. Booker, 125 S. Ct. 738 (2005). We intimate no view as to whether the same or a different sentence should be imposed on remand.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: Linda Barry Date: 7-29-5

By the Court:

Richard Cushing Donovan, Clerk.

[Cert. cc: Hon. Ronald R. Lagueux and David A. DiMarzio, Clerk, U.S.D.C. of Rhode, cc: Messrs: Oddo, Walkley, Chafee and Lockhart]