CR: 03-16
J. Lagueux

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 04-2586

UNITED STATES,

Appellee,

v.

JESUS MANCILLA,

Defendant, Appellant.

---

Before

Selya, Lynch and Lipez,
Circuit Judges.

---

JUDGMENT

Entered: July 29, 2005

In accordance with the government's "Motion for Remand in Light of Booker Consent to Remand" and the request for remand in defendant's appellant brief, we affirm defendant's conviction, vacate the sentence, and remand to the district court for re-sentencing in light of United States v. Booker, 125 S. Ct. 738 (2005). We intimate no view as to whether the same or a different sentence should be imposed on remand.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Linda Barry

**Deputy Clerk**

**Date:** AUG 19 2005

By the Court:

Richard Cushing Donovan, Clerk.

[Cert. cc: Hon. Ronald R. Lagueux and David A. DiMarzio, Clerk, U.S.D.C. of Rhode, cc: Messrs: Oddo, Walkley, Chafee and Lockhart]