MR. JESUS MANCILLA
NO. 05271-070
USP CANAAN
PO BOX 300 UNIT B2
WAYMART, PENNSYLVANIA
18472

AUGUST 31, 2005

CLERK OF COURT
U.S. DISTRICT COURT OF RHODE ISLAND
119 FEDERAL BUILDING AND COURTHOUSE
ONE EXCHANGE TERRACE
PROVIDENCE RHODE ISLAND 02903-1779

CR03-16L

RE: UNITED STATES V. JESUS MANCILLA
NO. 04-2586
( APPOINTMENT OF COUNSEL FOR INDIGENT INMATE/PETITIONER)

Dear Clerk,

I am writing this court, First Circuit for Rhode Island, to ask for an appointment of counsel. I am presesntly on remand in light of United States v. Booker, 125 S. Ct. 738 (2005).

My present attorney is Mr. John T. Walkley. He has informed me that he must withdraw as counsel in my case. I ask that this court afford me his continued counsel for my resentencing hearing but as a CJA counsel. I can longer afford to pay Mr. Walkley and I ask that the court take this into consideration for purposes of my rehearing status.

Thank you for your immediate attention to this matter.

Sincerely,

Jesus Mancilla

cc: Mr.Walkley

JOHN T. WALKLEY
ATTORNEY AT LAW
450 MONROE TURNPIKE
SUITE 101
MONROE, CONNECTICUT 06468
(203)261-1911
FAX (203) 268-1433

August 22, 2005

Mr. Jesus Mancilla, No. 05271-070
USP Lewisburg
2400 Robert F. Miller Drive
Lewisburg, Pennsylvania 17837-6850

**Re: United States v. Jesus Mancilla**

Dear Jesus:

Enclosed is a copy of the Judgment of the First Circuit dated July 29, 2005, affirming your conviction, but vacating your sentence and remanding the case back to the District Court in Rhode Island. This is basically the same Judgment that I sent to you on August 8th, but this one has been issued as a "Mandate." This copy is for your review and record.

I still have not heard anything from the District Court in Rhode Island about a new sentencing hearing. I presume that I will hear something soon now that the Mandate has issued. Please keep in touch with me regarding the status of my representation and whether or not you have decided to ask the Clerk to keep me in your case as appointed counsel. Time may soon be running out on this, so you should act as quickly as you can.

Because I cannot afford to remain in your case without payment, I am filing a motion to withdraw as counsel in your case. I will advise the Court that I would be happy to remain in your case as CJA counsel if the Court wishes. I am also asking that my local counsel be allowed to withdraw as well.

Please keep in touch with me and let me know what efforts you are making on your end regarding my continued representation.

Sincerely,

John T. Walkley

This is one of the letters my Lawyer send me to let me know. he is withdrawin from my case thank you!