UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR No. 03-16L
:
JESUS MANCILLA :

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

This matter has recently been remanded to this Court by the Court of Appeals for resentencing. Defendant is incarcerated, claims indigency and requests the appointment of counsel for his upcoming resentencing hearing. (Document No. 57). The financial inability of Defendant to retain counsel having been determined by the Court, it is hereby ORDERED that the Federal Public Defender be appointed to represent said Defendant in this cause until further order of the Court.

By Order

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
September 7, 2005