UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 03-16L |
| | ) | |
| JESUS MANCILLA | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes the defendant Jesus Mancilla, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for October 18, 2005, for an additional two weeks.

As grounds the defense counsel submits that Mr. Mancilla has just returned to the district from BOP custody for re-sentencing. Counsel and defendant need time to properly prepare for sentencing. Defendant previously had private counsel for his initial plea and sentencing, and his subsequent appeal. Present counsel, the Federal Public Defender Office, was not previously involved in defendant's case.

Respectfully submitted
Jesus Mancilla
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of this motion to Zechariah Chafee, Assistant United States Attorney; Dennis Jenkins, USPO, on the 6th day of October, 2005.